# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
Sharon Vinitsky § Case No. 09-49154
 §
_____Debtor(s)_____ §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 09/04/2015 in Courtroom ,
  Second Floor
  Joliet City Hall Building
  150 West Jefferson Street
  Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/27/2015          By: /s/ Zane L. Zielinski
                                        Chapter 7 Trustee


*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Sharon Vinitsky                     §        Case No. 09-49154
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 237,500.00 |
| and approved disbursements of | $ 207,500.00 |
| leaving a balance on hand of[1] | $ 30,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 8,686.76 | $ 0.00 | $ 8,686.76 |
| Attorney for Trustee Expenses: PSC Mandatory Common Benefit Fund | $ 11,875.00 | $ 11,875.00 | $ 0.00 |
| Other: Klukas & Manzella Block | $ 26,875.00 | $ 26,875.00 | $ 0.00 |
| Other: Roman Law Office | $ 4,968.06 | $ 4,968.06 | $ 0.00 |
| Other: The Romano Law | $ 53,500.00 | $ 53,500.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,686.76 |
| Remaining Balance | $ 21,313.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,766.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (USA), N.A. | $ 2,766.93 | $ 0.00 | $ 2,766.93 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,766.93 |
| | Remaining Balance | | $ | 18,546.31 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 63.40 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,482.91 .

      Prepared By: /s/ Zane L. Zielinski
                            Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-49154-BWB
Sharon Vinitsky                                                           Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet            Page 1 of 1              Date Rcvd: Jul 28, 2015
                               Form ID: pdf006            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2015.
```
db          +Sharon Vinitsky,    247 Caterpillar Dr #1101,    Joliet, IL 60436-1016
14904233     Capital One Bank,    P O Box 6492,    Carol Stream, IL 60197-6492
22828280     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14957788     Chase Bank,    PO Box 15298,    Wilmington DE 19850-5298
14904234     Davids Bridal,    c/o HSBC,    P O Box 17602,    Baltimore, MD 21297-1602
14904236     Shell Oil Company,    Processing Center,    P O Box 183018,    Columbus, OH 43218-3018
14904237    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P O Box 790408,    St Louis, MO 63179-0408)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14904235        E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2015 11:53:15    JC Penney,   P O Box 960090,
                 Orlando, FL 32896-0090
14957787        E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2015 11:53:23    Walmart,   PO Box 981064,
                 El Paso TX 79998-1064
                                                                                              TOTAL: 2
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2015 at the address(es) listed below:
```
              Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              John C Renzi    on behalf of Debtor Sharon  Vinitsky jcrenzi@jprlaw.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com,
               csmith@fgllp.com;zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Zane L. Zielinski    zzielinski@wfactorlaw.com,
               csmith@fgllp.com;zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                              TOTAL: 5
```