UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
Sharon Vinitsky § Case No. 09-49154
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 370.00 |
| Total Distributions to Claimants: 2,830.33 | Claims Discharged Without Payment: 19,647.05 |
| Total Expenses of Administration: 105,904.82 | |

3) Total gross receipts of $ 237,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 128,764.85 (see **Exhibit 2**), yielded net receipts of $ 108,735.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 105,904.82 | 105,904.82 | 105,904.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,413.98 | 2,766.93 | 2,766.93 | 2,830.33 |
| **TOTAL DISBURSEMENTS** | $ 22,413.98 | $ 108,671.75 | $ 108,671.75 | $ 108,735.15 |

4) This case was originally filed under chapter 7 on 12/30/2009 . The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2015                By: /s/Zane L. Zielinski
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim Against DePuy Orthopaedics, Inc. | 1242-000 | 237,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$237,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sharon Vinitsky | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 128,764.85 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 128,764.85** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 8,686.76 | 8,686.76 | 8,686.76 |
| Klukas & Manzella Block | 3210-000 | NA | 26,875.00 | 26,875.00 | 26,875.00 |
| The Romano Law | 3210-600 | NA | 53,500.00 | 53,500.00 | 53,500.00 |
| PSC Mandatory Common Benefit Fund | 3220-000 | NA | 11,875.00 | 11,875.00 | 11,875.00 |
| Roman Law Office | 3220-000 | NA | 4,968.06 | 4,968.06 | 4,968.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 105,904.82 | $ 105,904.82 | $ 105,904.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BANK P.O. BOX 6492 CAROL STREAM, IL 60197-6492 | | 2,766.93 | NA | NA | 0.00 |
| | DAVIDS BRIDALS C/O HSBC P.O. BOX 17602 BALTIMORE, MD 21297-1602 | | 1,699.85 | NA | NA | 0.00 |
| | JC PENNEY P.O. BOX 960090 ORLANDO, FL 32896-0090 | | 398.66 | NA | NA | 0.00 |
| | SHELL OIL COMPANY PROCESSING CENTER P.O. BOX 183018 COLUMBUS, OH 43218-3018 | | 993.19 | NA | NA | 0.00 |
| | US BANK P.O. BOX 790408 ST. LOUIS, MO 63179-0408 | | 13,788.42 | NA | NA | 0.00 |
| 1 | N. A. Capital One Bank (USA), N.A. | 7100-000 | 2,766.93 | 2,766.93 | 2,766.93 | 2,766.93 |
| | N. A. Capital One Bank (USA), N.A. | 7990-000 | NA | NA | NA | 63.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 22,413.98 | $ 2,766.93 | $ 2,766.93 | $ 2,830.33 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-49154 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Sharon Vinitsky | | | | Date Filed (f) or Converted (c): | 12/30/2009 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2010 |
| For Period Ending: | 12/28/2015 | | | | Claims Bar Date: | 03/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 10.00 | 10.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 10.00 | 10.00 | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 250.00 | 250.00 | | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 5. Personal Injury Claim Against DePuy Orthopaedics, Inc. (u) | 0.00 | 0.00 | | 237,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $370.00    $370.00    $237,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report has been approved and the Trustee is preparing the TDR.

RE PROP #        3    --    Computer

Initial Projected Date of Final Report (TFR): 09/04/2015        Current Projected Date of Final Report (TFR): 09/04/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-49154  
Case Name: Sharon Vinitsky  
Taxpayer ID No: XX-XXX2088  
For Period Ending: 12/28/2015  

Trustee Name: Zane L. Zielinski  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4198  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5110 | Transfer of Funds | 9999-000 | $30,000.00 | | $30,000.00 |
| 09/04/15 | 5001 | Zane L. Zielinski<br>105 WEST Madison; suite 1500<br>Chicago, Illinois 60602 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $8,686.76 | $21,313.24 |
| 09/04/15 | 5002 | N. A. Capital One Bank (USA), N.A.<br>American InforSource LP, as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,830.33 | $18,482.91 |
| | | | ($63.40) | 7990-000 | | | |
| | | N. A. Capital One Bank (USA), N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,766.93) | 7100-000 | | | |
| 09/04/15 | 5003 | Sharon Vinitsky | Distribution of surplus funds to debtor. | 8200-002 | | $18,482.91 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $30,000.00 | $0.00 |
| Subtotal | $0.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $18,482.91 |
| Net | $0.00 | $11,517.09 |

Page Subtotals: $30,000.00   $30,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-49154 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | Sharon Vinitsky | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX5110 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2088 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/28/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/15 | | Romano Law, PL<br>1005 Lake Avenue<br>Lake Worth, FL 33460 | Settlement Payment | | $30,000.00 | | $30,000.00 |
| | | | Gross Receipts $237,500.00 | | | | |
| | | Roman Law Office | ($4,968.06) | 3220-000 | | | |
| | | PSC Mandatory Common Benefit Fund | ($11,875.00) | 3220-000 | | | |
| | | Klukas & Manzella Block | ($26,875.00) | 3210-000 | | | |
| | | Sharon Vinitsky | ($110,281.94) | 8200-002 | | | |
| | | The Romano Law<br>1005 Lake Avenue<br>Lake Worth, FL 33460 | ($53,500.00) | 3210-600 | | | |
| | 5 | | Personal Injury Claim Against DePuy Orthopaedics, Inc. $237,500.00 | 1242-000 | | | |
| 07/14/15 | | Transfer to Acct # xxxxxx4198 | Transfer of Funds | 9999-000 | | $30,000.00 | $0.00 |

| | COLUMN TOTALS | $30,000.00 | $30,000.00 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $0.00 | $30,000.00 |
| | Subtotal | $30,000.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $30,000.00 | $0.00 |

Page Subtotals: $30,000.00 $30,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4198 - Checking | $0.00 | $11,517.09 | $0.00 |
| XXXXXX5110 - Checking | $30,000.00 | $0.00 | $0.00 |
|  | $30,000.00 | $11,517.09 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $207,500.00 |
|---|---|
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $237,500.00 |